IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JERRY GREELY, WARD HERRING DANIEL BUTTERSWORTH, JOHNNY MEARS, BARRY JIVIDEN, WAYNE SPRINGER, ROBERT ANKEN, WAYNE BRUNER JOSEPH ZETTLER, SR. and CHRISTOPHER GOSSELIN, individually and on behalf of other similarly situated employees, Plaintiffs, v. LAZER SPOT, INC., Defendant. | Civil Action No. 4:11-cv-96-WTM-GRS |

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Stay this Case Pending the Court's Ruling on Plaintiffs' Motion to Transfer Venue, which is hereby **GRANTED**. Plaintiffs' request to withdraw Plaintiffs' Motion for Conditional Certification of Collective Action and for an Order Permitting Supervised Notice of the Action to Potential Opt-In Plaintiff filed on November 16, 2011, is also **GRANTED**. This matter is hereby stayed pending this Court's ruling on Plaintiffs' Unopposed Motion to Transfer Venue, and all unexpired deadlines in the Court's scheduling order dated November 16, 2011, shall be reset in the event that Plaintiffs' Motion to Transfer Venue is denied.

SO ORDERED this 10TH day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA