IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JERRY GREELY, WARD HERRING, DANIEL BUTTERSWORTH, JOHNNY MEARS, BARRY JIVIDEN, WAYNE SPRINGER, ROBERT ANKEN, WAYNE BRUNER, JOSEPH ZETTLER, SR. and CHRISTOPHER GOSSELIN, individually and on behalf of other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>LAZER SPOT, INC.,<br><br>Defendant. | CIVIL ACTION CASE NO.: 1:12-cv-00180-CAP<br><br>Jury Trial Demanded |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2012, I served *Defendant's First Set of Requests for Admission* to the following Plaintiffs:

| | |
|---|---|
| Robert Anken | Shonna Hulett |
| Dale Bland | Barry Jividen |
| Wayne Bruner | John Mackey |
| Patrick Burke | Johnny Mears |
| Robert Chaney | Reginald Milton |
| Frank Edwards | Michael D. Rogers, Sr. |
| Thomas Edwards | Van Stevens |
| Christopher Gosselin | Daniel Waterman |
| Jerry Greely | Joseph Zettler, Sr. |
| Ward Herring | |

by depositing a copy of the same, in U.S. Mail, addressed to:

Robert D. Howell
Kathryn C. Dove
Howell Parrott, LLP
P.O. Box 100
Moultrie, Georgia 31776

<u>/s/ Mark Y. Thacker</u>
Mark Y. Thacker

14201471v.1