IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERRY GREELY, WARD HERRING DANIEL BUTTERSWORTH, JOHNNY MEARS, BARRY JIVIDEN, WAYNE SPRINGER, ROBERT ANKEN, WAYNE BRUNER JOSEPH ZETTLER, SR. and CHRISTOPHER GOSSELIN, individually and on behalf of other similarly situated employees, | : : : : : : : : : : | Civil Action No. 1:12-cv-00180-CAP |
| Plaintiffs, | : | |
| v. | : : | |
| LAZER SPOT, INC., | : : | |
| Defendant. | : | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the above-captioned parties, and pursuant to this Court's Order dated July 30, 2012 and Fed. R. Civ. Proc. 41(A)(ii), hereby file this Joint Stipulation Of Dismissal hereby dismissing this action.

Respectfully submitted this 12th day of September, 2012.

/s/ Robert D. Howell
Robert D. Howell
Georgia Bar No. 372598
P.O. Box 100
Moultrie, Georgia 31776
Phone: (229) 985-5300
Fax: (229) 891-3378
Email: robert.howell@southgalaw.com
Counsel for Plaintiffs

/s/ Brett C. Bartlett
Brett C. Bartlett

        Georgia Bar No. 040510
        bbartlett@aeyfarth.com
        Benjamin D. Briggs
        Georgia Bar No. 081902
        bbriggs@seyfarth.com
        Mark Y. Thacker
        Georgia Bar No. 141875
        SEYFARTH SHAW LLP
        1075 Peachtree Street, N.E.
        Suite 2500
        Atlanta, Georgia 30309-3962
        (404) 885-1500
        Counsel for Defendant

Case 1:12-cv-00180-CAP   Document 101   Filed 09/12/12   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JERRY GREELY, WARD HERRING DANIEL BUTTERSWORTH, JOHNNY MEARS, BARRY JIVIDEN, WAYNE SPRINGER, ROBERT ANKEN, WAYNE BRUNER JOSEPH ZETTLER, SR. and CHRISTOPHER GOSSELIN, individually and on behalf of other similarly situated employees, | : : : : : : : : : : | |
| Plaintiffs, | : | Civil Action No. 1:12-cv-00180-CAP |
| v. | : : | |
| LAZER SPOT, INC., | : : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing **Joint Stipulation Of Dismissal** in the above-referenced action with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following recipients:

> Brett C. Bartlett
> Georgia Bar No. 040510
> bbartlett@aeyfarth.com
> Benjamin D. Briggs
> Georgia Bar No. 081902
> bbriggs@seyfarth.com
> Mark Y. Thacker
> Georgia Bar No. 141875
> SEYFARTH SHAW LLP
> 1075 Peachtree Street, N.E.
> Suite 2500
> Atlanta, Georgia 30309-3962
> (404) 885-1500
> Counsel for Defendant

This the 12th day of September, 2012.

                                  HOWELL + PARROTT, LLP

                                  /s/ Robert D. Howell
                                  Robert D. Howell
                                  Georgia Bar No. 372598
                                  P.O. Box 100
                                  Moultrie, Georgia 31776
                                  Phone: (229) 985-5300
                                  Fax: (229) 891-3378
                                  Counsel for Plaintiffs